NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SUK C. KIM,                              )
                                         )
            Appellant,                   )
                                         )
v.                                       )        Case No. 2D18-4185
                                         )
SOOK H. CHANG,                           )
                                         )
            Appellee.                    )
_____)

Opinion filed July 3, 2019.

Appeal from the Circuit Court for
Hillsborough County; Carl C. Hinson,
Judge.

Daniel A. Nicholas of Litchfield Cavo LLP,
Tampa, for Appellant.

Gary L. Printy, Jr., of Printy & Printy, P.A.,
Tampa, for Appellee.


PER CURIAM.


            Affirmed.


SILBERMAN, BLACK, and ATKINSON, JJ., Concur.